IN THE UNITED STATES MIDDLE DISTRICT COURT
STATE OF ALABAMA

MARCUS TATE
    Plaintiff

Vs.

MARC BASS etial est
ATTORNEY GENERAL
    DEFENDANTS etial

CV - 2:07-CV-292-WKW

RECEIVED 2007 APR 9 P 2:35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MOTION TO LEAVE OF COURT UNDER 42 USC 1983 and AMEND Complaint THAT DEFENDANTS [ONLY] ANSWER CLAIMS., AND FOllowING

## FOLLOWING CLAIMS FOR DEFENDANTS TO ANSWER

1. **EXCESSIVE FORCE's** why Plaintiff WAS ENFORCED to LIVE IN ADOC PRISON ILLEGAl FOR PAST 10 YEARS From August 1998 to 4/2007

2. Why Plaintiff WAS **ARRESTED ILLEGAL** AND TRANFERED FROM **MIAMI FLORIDA** TO FACE FLASE CHARGES

Page # 1 of 1

3. Why Plaintiff was <u>Flase Imprisonment</u> under 13A-6-42 Facts see Trial Court Transcript Page# 225 Case No. CC-99-169-M

4. Why Plaintiff was <u>Kidnapped</u> under 13A-6-43 Citing Al. R. Crim. P 26.8(2) Pursuant 18 USCS 1201 Statutes Procedure and 28 USCS 2680(h) <u>Malicious Prosecution</u>

5. Why the State of Alabama Committed <u>Malicious Prosecution</u> Against Plaintiff 28 USC 2680(h) to Illegal <u>Sentence</u> and <u>Convict</u> Plaintiff <u>Illegal</u> Facts Trial Court Transcript Records Page# 225 and <u>Attorney Ben Kelly</u>

## <u>INJUNCTION</u>

6. The Plaintiff move and amend <u>Injuction</u> that the Federal will Restrain the **Alabama Attorney General Office Marc Bass**

Page# 2 of 2

and SET Plaintiff **FREE** to SOCIETY UNTIL <u>TRIAL</u> THAT Plaintiff MAY Find A LAWYER TO TAKE THIS CIVIL CASE

<u>Jury Trial</u>

7. THE Plaintiff DEMAND A Trial by Jury FCRP 38 & 39 STATUTES

8. <u>Subpoena Records</u>

8. The Plaintiff ASK That Records From ALABAMA ATTORNEY GENERAL OFFICE AND CLARKE COUNTY CIRCUIT COURT WILL BE Subpoena TO CLERK OF Court Custody and Plaintiff Custody

<u>Records Following:</u> **FCRP 56(e)**

(A). Transcript Record CC-99-169-M Pg# 220-227 GROVE HILL CIRCUIT COURT OFFICE P.O. Box 912

(B). C/O DEFENDANTS LORENZO SMITH & NAKIA McCloskey. ATTORNEY BEN KELLY

Page# 3 of 3

(C). Subpoena Exhibit "A" & "B" IN FEDERAL COURT FILES TO TRIAL and etc

(D.) THE Plaintiff ASK That ANY AND ALL RECORDS DEALING WITH CASE NO. CC-99-169-M CLARKE COUNTY CIRCUIT COURT BE REVEIWED UNDER 42. USCS 1983 Complaint CIVIL CASE U.S.M.D.C ALA,

## CERTIFICATION OF SERVICE

I Plaintiff SWEAR I have SERVED THE ATTORNEY GENERAL OFFICE and SAME Pleading UPON Clerk OF U.S. MIDDLE DISTRICT COURT OFFICE DONE BY USA MAIL HAND DELIVERY BY POST MASTER GENERAL DAY OF 5th Month April 2007

Marcus O. Tate

MARCUS TATE 180664
3800 GK FOUNTAIN CORR
ATMORE AL 36503

Page # 4 of 4

