RECEIVED
APR 11 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES MIDDLE DISTRICT COURT
STATES OF ALABAMA

Marcus Tate
Plaintiff

Vs.

Attorney General Marc Bass et al, esq
Defendants et al, esq

CV. CASE NO. 2:07-CV-292-WKW

## CIVIL NOTICES

Motion to Leave of the Court Amend CIVIL "NOTICES" upon Defendants that they are beening sued

---

1. Come now Plaintiff and give "NOTICES" to Defendants. **Attorney General Marc Bass et al, esq** they are been sued pursuant 42. USCS. 1983 Complaint

## Claims Against Defendants et al,

2. Plaintiff claims against Defendants et al esq are following. Pursuant Title code of Ala. 13A-6-42 and 13A-6-43

   A. **Excessive Forces**   (B). **Illegal Arrested**

   C. **Flase Imprisonment**   (D). **Kidnapping** 13A-6-43

   E. **Malicious Prosecution** 28 USCS. 2680(h)
   AND 18 USCS 1201 Statutes Procedure citing
   Ala. R. Crim. P. 26.8 (2) **Ramson Money**

SCANNED
14e 4/11/07

## LEGAL NOTICES
## Complaint with U.S. Department of Justice Against Alabama Attorney General Office Defendants et al, esq

3. The Plaintiff Also Put the Defendants ATTORNEY GENERAL MARC BASS et,al esq ON NOTICES That A Complaint has Been Filed With the U.S. DEPT OF Justice CIVIL DIVISION WASHINGTON D.C. FOR REASONS.

A. AIDING AND ABIDING THE STATE OF ALABAMA With (1) Kidnapping    18 USCS 1201 STATUTES
   (2) FIASE Imprisonment   13A-6-42
   (3) ILLEGAL ARREST   Const Amend 4th "5th
   (4) EXCESSIVE FORCES   Const Amend 8th
   (5) MALICIOUS Prosecution   28 USC 2680(h)

(6.) Code of Ala, 1975., 13A-6-42., 13A-6-43, Ramson ALA, R, CRIM. P. 26.8(2) PURSUANT 18 USC 1201 STATUTES Procedure and 28 USCS 2680(h)

7. Const Amend Violation 4th,, 5th,, 6th,, 8th 14th,, 13th,,   Due Process of Law

## CERTIFICATIONAL OF SERVICE

I Plaintiff SWEAR, I HAVE SERVED THE DEFENDANTS MARC BASS et, al esq ATTORNEY GENERAL OFFICE and The U.S. MIDDLE DISTRICT COURT OF MONTGOMERY ALABAMA A COPY OF THIS CIVIL NOTICES THEY ARE BEEN SUED BY U.S. VISA MAIL HAND DELIVERY DAY 9th April 2007 by U.S. POSTAL MASTER GENERAL

CC- DISTRICT ATTORNEY SPENCER WALKER P.O. Box 850
        GROVE Hill Ala, 36451

CC- CIRCUIT JUDGE THOMAS JAMES BAXTER P.O. Box 912
        GROVE HILL ALA, 36451

CC- ATTORNEY GENERAL OFFICE MARC BASS
        11 SOUTH UNION STREET M,, Ala, 36136

CC- CLERK OF COURT JAY DUKE P.O. Box 912
        Grove Hill Ala, 36451

CC- UNITED STATES MIDDLE DISTRICT CLERK
        15 LEE STREET Montgomery Ala, 36402

SINCERELY    Marano O TATE
        3800 GK FOUNTAIN CORRECTIONAL
        ATMORE ALABAMA 36503

Page #"3"



MARCH IS
KIDNEY
GIVE TO THE
KIDNEY

MOBILE AL 366
09 APR 2007 PM 2 T

CLERK
UNITED STATES MIDDLE DISTRICT
15 LEE STREET
MonTYOMERY Ala, 36104

MARCUS TATE AIS# 180664
3800 GK FOUNTAIN CORR
ATMORE ALA, 36503

LEGAL

36104+4054

EXHIBIT" 100"

RECEIVED

IN THE STATE OF ALABAMA ATTORNEY GENERAL OFFICE

2007 APR 11  A 9: 21

MARCUS TATE

 PLAINTIFF

DEBRA P. H...
U.S. DIST...
MIDDLE DI... CC-99-169-61

VS.

ATTORNEY GENERAL MARC BASS et,al esq

 DEFENDANTS et,al esq

CIVIL ACTION NO
2:07-CV-292-WKW

### LEGAL CIVIL NOTICES

(1). THIS NOTICES IS TO INFORM YOUR OFFICE THAT YOU ARE BEEN SUED IN THE UNITED STATES MIDDLE DISTRICT COURT MONTGOMERY ALABAMA 36104

(2). **CLAIMS:** AGAINST DEFENDANTS,, (A).EXCESSIVE FORCES
 (B). ILLEGALLY ARREST (C). FLASE IMPRISONMENT
 (D). KIDNAPPING (E). MALICIOUS PROSECUTION

PURSUANT: 13A-6-42 and 13A-6-43 citing 18 USCS 1201 STATUTES
 PROCEDURES CITING PURSUANT:ALA.R.CRIM.P,26.8(2)
 RAMSON MONEY AND PURSUANT: 28 USCS 2680(h)

FACTS: SEE TRIAL COURT TRANSCRIPT RECORDS PAGE# 225
 AND AFFIDAVITS OF C/O DEFENDANTS LORENZO SMITH
 AND NAKIA MCCASKEY AND SUBPOENA ATTORNEY BEN KELLY
 IN CIVIL TRIAL

PAGE# 1 of 1

(3). AND SUBPOENA C/O DEFENDANTS WITNESS LORENZO SMITH AND
   NAKIA MCCASKEY AT CIVIL TRIAL FOR THE WHOLE TRUTH UNDER
   FCRP 56(e)
   CITING LAND MARK CASE: ANDERSON vs. LIBERTY LOBBY,INC
   477 U.S. 242,91 L Ed 2d 202,106 S Ct 2505

<u>DEPT OF JUSTICE</u>

LEGAL COMPLAINT NOTICES TO DEPT OF JUSTICE UPON ATTORNEY GENERAL OFFICE MARC BASS et,al esq FOR FAILING TO TAKE ACTION UPON LOCAL STATE OF ALABAMA AGENCY REPRESENTATIVES CLARKE COUNTY CIRCUIT COURT

---

(4). THE PLAINTIFF GIVE NOTICES THAT THE DEPT OF JUSTICE HAS
   RECIVED A COMPLAINT UPON THE ATTORNEY GENERAL OFFICE
   IN THE STATE OF ALABAMA MARC BASS ET,AL ESQ
   SAME CIVIL CHARGES PAGE#(1)

CASE NO. CC-99-169-61

CC-UNITED STATE MIDDLE COURT CLERK 15 LEE STREET MON,ALA 36104

CC-DISTRICT ATTORNEY SPENCER WALKER P.O. BOX 850 GROVE HILL AL,

CC-JUDGE THOMAS JAMES BAXTER P.O. BOX 912 GROVE HILL AL 36451

CC-CLERK OF COURT JAY DUKES P.O. BOX 912 GROVE HILL AL 36451

CC-STATE OF ALABAMA ATTORNEY GENERAL OFFICE MARC BASS et,al esq
   11 SOUTH UNION STREET MONTGOMERY ALABAMA 36130

DONE THIS DAY 9th                _____
                                 MARCUS TATE AIS# 180664
MONTH APRIL,2007
                                 3800 GK FOUNTIAN CORRECTIONAL
                                 ATMORE ALABAMA 36503

PAGE# 2 of 2



MARCUS TATE AIS# 180664
3800 GK FOUNTAIN CORRECTIONAL
ATMORE ALABAMA 36503

MOBILE AL 366
09 APR 2007 PM 1 L

UNITED STATE MIDDLE DISTRICT COURT
15 LEE STREET
MONTGOMERY ALABAMA 36104

LEGAL

36104440856