IN THE UNITED STATES MIDDLE DISTRICT COURT
STATE OF ALABAMA

MARCUS ORLANDO TATE
    AIS# 180664
    Plaintiff

v.

MARC BASS, et al, esq
    DEFENDANTS

NO MONEYTARY REQUESTED

2:07CV292-WKW
CIVIL NO. CV-292-WKW

FREEDOM DEMANDED

PURSUANT etc,

MOTION TO LEAVE OF THE COURT AND Plaintiff DEMANDS A Trial by Jury FCRP 38 & 39 STATUTES Procedures. etc,

1. The plaintiff Demands A Jury Trial FCRP 38 & 39 STATUTES Procedures

INJUNCTION RELIEF
FCRP 65(d)

2. The plaintiff ask the Chief "U.S.M.J" Charles S. Coody To Take Jurisdiction under FCRP 65(d) INJUNCTION COURT ORDER UPON MARC Bass et al TO "STOP AND END" FOLLOWING UPON Plaintiff

  1. EXCESSIVE FORCES. Depriving Plaintiff Relief to FREEDOM AFTER THE FACTS APPEARED AT HIS OFFICE
  2. FLASE IMPRISONMENT Code of Ala, 13A-6-42
  3. Kidnapped Code of Ala, 13A-6-43 CITING 18 USCS 1201, STATUTES Procedures "PURSUANT" Ala, R. CRIM, P. 26.8(2) Ransom Money by the STATE OF Ala,

Page# 1

STOP,, END          AIDING AND ABIDING

4. AIDING AND ABIDING A CRIMINAL CRIMES FROM THE STATE OF ALABAMA ATTORNEY OFFICE UNDER THE UNITED STATES CHIEF MAGISTRATE JUDGE CHARLES S. COODY JURISDICTION, MONTGOMERY ALABAMA, 36130

ILLEGAL ARREST

5. SET Plaintiff FREE FROM illegal ARREST CASE NO. CC-99-169-M, Transcript FACTS Page NO. 225, ATTORNEY BEN Kelly SHOT THEM IN THE CROSS by QUESTIONS: TO C/O DEFENDANTS WITNESS

   A. LORENZO SMITH
   B. NAKIA McCaskey

Malicious Prosecution

6. That Defendants Marc Bass et al, esq iN CASE NO: CC-99-169-M PUT ENDS TO MALICIOUS PROSECUTION PURSUANT 28 USCS. 2680(h) IN CASE CC-99-169-61 APPEAL and SET Plaintiff FREE From ADOC Prison LEG MONITER UNTIL THIS CIVIL TRIAL OVER CV-292-WKW PURSUANT FCRP 65(d) STATUTES Procedures

(A.) NO MONEYTARY REQUESTED BY Plaintiff

Page # 2

## STATEMENT FOR INJUNCTION

Page # (3)

(7). The Plaintiff need this INJUNCTION Granted under FCRP 65(d) That he may hire an Lawyer From ACLU OR Susan James ATTORNEY AT LAW FIRM Montgomery Ala, That this CIVIL CASE may get the properly SERIOUS ATTENSION!
CV-292-WKW

### Chief UNITED STATES MAGISTRATE

(8.). Please put An ORDER on ADOC 3800 GK Fountain Waden Myles To Stop Holding My Outgoing mail Sir, Thanks Marcus Tate

### CERTIFICATION OF SERVICE

I SWEAR TO AFFIRM I HAVE SERVED THE Defendants et,al esq MARC BASS et,al and the same at U.S. Clerk OFFICE P.O. Box 711 Montgomery Ala, 36101 by U.S. VISA mail hand Delivery by Post Master Day 13th April 2007

Sincerely, Marcus Tate #180664
3800 FOUNTAIN CORR,
ATMORE Ala 36503

Page # (3)

Bobby White #133624
J-1-78-A
3800 GK Fountain
Atmore Ala, 36503

MOBILE AL 366
13 APR 2007 PM 1 L

CLERK OFFICE
UNITED STATES MIDDLE DISTRICT
P.O. Box 711
Montgomery Ala, 36101