IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS ORLANDO TATE, #180664, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-292-WKW |
| ) | [WO] |
| ) | |
| MARC BASS, et al., ) | |
| ) | |
| Defendants ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend filed by the plaintiff on April 16, 2007 (Court Doc. No. 7), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 16th day of April, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE