IN THE UNITED STATES MIDDLE DISTRICT COURT
STATE OF ALABAMA

RECEIVED
2007 APR 17 A 9: 46

...RA P. HACKETT, C...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MARCUS TATE, AIS# 180664,

PLAINTIFF,

v.

MARC BASS, et al.,

DEFENDANTS

CIVIL ACTION NO.

CV-292-WKW

2:07cv292-WKW

[WO]

**MOTION FOR STATUS UPDATE REPORT ON CIVIL CASE**

COME NOW PLAINTIFF AND AMEND AND LEAVE OF COURT TO FORWARD PLAINTIFF A STATUS REPORT ON CIVIL CASE ABOVE

GOD BLESS YOU **CHIEF U.S. MAGISTRATE JUDGE GREAT:HON.CHARLES S. COODY**

CERTIFICATION OF SERVICE

I PLAINTIFF SWEAR TO AFFIRM I HAVE SERVED THE U.S. CLERK OF COURT IN THE MIDDLE DISTRICT STATE OF ALABAMA BY U.S. VISA MAIL SERVICE HAND DELIVERY BY POST MASTER GENERAL DAY OF 16th MONTH OF APRIL ,2007

_Marcus O. Tate_
MARCUS TATE AIS# 180664
3800 GK FOUNTAIN CORRECTIONS
ATMORE ALABAMA 36503

MARCUS TATE AIS# 180664
J-1-79-B
3800 GK FOUNTAIN CORR.
ATMORE ALABAMA 36503

LEGAL

36101+0711

UNITED STATES MIDDLE

CLERK OFFICE

P.O. BOX 711
MONTGOMERY ALABAMA 36101-0711

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004309410
APR 13 2007
$ 00.39⁰
MAILED FROM ZIPCODE 36502