IN THE UNITED STATES MIDDLE COURT
STATE OF ALABAMA

RECEIVED
2007 APR 17 A 9: 46

\_\_RA P. HACKETT, CL\_\_
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MARCUS TATE                          *
Aka, DRELIJAH MUHAMMAD
    PLAINTIFF
                                     *    CIVIL ACTION NO.
v.                                        CV-292-WKW
                                          2:07cv292-WKW
MARC BASS et al,. esq                *
    DEFENDANTS                            [WO]

                                     *    [DEMANDS FREEDOM]
                    PURSUANT
                INJUNCTION NOTICES
            _____

         MOTION TO LEAVE AND AMEND INJUNCTION NOTICES

(1). FCRP(65)(d)

COME NOW THE PLAINTIFF AND MAKE KNOWN TO THE FEDERAL CHIEF
MAGISTRATE U.S. JUDGE CHARLES S. COODY FOLLOWING IN THIS
[INJUNCTION REQUEST RELIEF]

(A). THE PLAINTIFF WILL BE LIVING AT 42 MARCH LANE, WILCOX COUNTY
     ROAD 1 LOWER PEACH TREE ALABAMA 36751

(B). THE PLAINTIFF TELPHONE NUMBER THERE IS 334-637-1509

(C). THE OWNER OF HOME IS PLAINTIFF MOTHER MARY L GATES AND
     GRANDFATHER SILAS TATE

(D). THE PLAINTIFF PRAYS FOR [LEG MONITOR] CONTROL IN ORDER FOR
     PLAINTIFF TO HIRE AN LAWYER TO PREPARE THIS CIVIL CASE
     UNDER FCRP 16 STATUTES PROCEDURES

(E). THE PLAINTIFF WILL BE DRIVING COMMERCIAL TRUCKS LOCAL
     40 to 70 hours weekly CLASS"A" CDL# 6291505 STATE OF ALABAMA
     EXPIRES 2010   [DRELIJAH J. MUHAMMAD II

PAGE# 1 of 1

SEE COURT FILES
----------------

(F). THE PLAINTIFF MAKE THIS MOTION IN CONNECTION WITH INJUNCTION FILED 4/12 or 13/2007, FCRP 65 (d)

(G). THIS MOTION REQUEST FOR INJUNCTION AGAINST THE ATTORNEY GENERAL MARC BASS et al, esq  WILL ALLOW PLAINTIFF AND C/O DEFENDANTS WITNESS LORENZO SMITH, AND NAKIA MCCASKEY TO GO AND TALK TO A LAWYER UNDER FCRP 16 STATUTES PROCEDURES AND GIVE ALL FACTS TO THE CHIEF MAGISTRATE CHARLES S. COODY IN THIS CIVIL CASE[CV-292-WKW]

(H). THE PLAINTIFF HAS GIVING ALL FACTS TO THE U.S. MIDDLE COURT MONTGOMERY ALABAMA AND PRAYS FOR RELIEF FOR THIS INJUNCTION UNDER FCRP 65 (d)   AGAINST THE ATTORNEY GENERAL , MARC BASS et al., esq

CERTIFICATION OF SERVICE

I PLAINTIFF SWEAR I HAVE SERVED THE ATTORNEY GENERAL OFFICE AT A 11 SOUTH UNION STREET MONTGOMERY ALABAMA 36130 AND THE SAME UPON THE U.S. MIDDLE CLERK OF COURT AT P.O. BOX 711 MONTGOMERY ALABAMA 36101 BY THE U.S. VISA MAIL DELIVERY BY THE POST MASTER GENERAL PREPAID STAMPS HAND DAY OF 16th MONTH OF APRIL 2007

*Marcus O. Tate*
MARCUS  TATE AIS# 180664
3800 GK FOUNTAIN CORRECTIONAL
ATMORE ALABAMA 36503

CC- ATTORNEY GENERAL OFFICE MARC BASS et al esq
CC- CHIEF U.S. MAGISTRATE CHARLES S. COODY
CC- FILES

MARCUS TATE AIS# 180664
j-1-79-b
3800 gk fountain correctional
atmore alabama 36503

LEGAL

36101+0711

UNITED STATES MIDDLE DISTRICT COURT
P.O. BOX 711
MONTGOMERY ALABAMA 36101



$00.39⁰ APR 16 2007
MAILED FROM ZIP CODE 36502