IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS ORLANDO TATE, #180664, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-292-WKW |
| ) | [WO] |
| ) | |
| MARC BASS, et al., ) | |
| ) | |
| Defendants ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend notices filed by the plaintiff on April 17, 2007 (Court Doc. No. 10), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent that the plaintiff seeks to provide additional information to the court.

2. This motion be and is hereby DENIED to the extent that the plaintiff seeks leave to file a motion for preliminary injunction with this court as such injunction should be filed in and addressed by the United States District Court for the Southern District of Alabama upon transfer of this case to that court for review and determination.

Done this 18th day of April, 2007.

          /s/ Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE