IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCUS ORLANDO TATE, #180664, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-292-WKW |
| | ) | [WO] |
| | ) | |
| MARC BASS, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for status filed by the plaintiff on April 17, 2007 (Court Doc. No. 9), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The plaintiff is advised that this case is pending on the April 12, 2007 Recommendation (Court Doc. No. 6) that this case be transferred to the United States District Court for the Southern District of Alabama for review and disposition.

Done this 18th day of April, 2007.

                                                  /s/ Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE