IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS ORLANDO TATE, #180664, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-292-WKW |
| | ) [WO] |
| | ) |
| MARC BASS, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon review of the file in this case, and for good cause, it is

ORDERED that no motions directed to the claims presented in the complaint be filed without permission of *this* court. If any pleading denominated as a dispositive motion or motion for preliminary injunction is sent to this court without the requisite permission, the Clerk is DIRECTED not to file or docket the motion and shall return such document to the plaintiff. The plaintiff is advised that he should not seek any further relief from this court as this case is due to be transferred to the United States District Court for the Southern District of Alabama for review and disposition. Thus, any requests for relief should be submitted to the United States District Court for the Southern District of Alabama upon transfer of this case to that court.

Done this 18th day of April, 2007.

                                                               /s/ Charles S. Coody
                                           CHARLES S. COODY
                                           CHIEF UNITED STATES MAGISTRATE JUDGE