IN THE UNITED STATES MIDDLE DISTRICT COURT
STATE OF ALABAMA

MARCUS TATE                    *
    PLAINTIFF                      2:07cv292-WKW
                                 CV-292-WKW
v.                            *
ATTORNEY GENERAL MARC BASS et,al      [WO]
    DEFENDANTS
                                 *

PURSUANT

OBJECTION ANSWER TO RECOMMENDATION REPORT OF THE MAGISTRATE JUDGE
AND PURSUANT de novo TRIAL UPON DEFENDANTS et,al

(1). THIS OBJECTION IS MADE IN SUPPORT OF de novo TRIAL and JURISDICTION why THIS CASE SHOULD STAY IN THE UNITED STATES MIDDLE DISTRICT STATE OF ALABAMA U.S. MAGISTRATE CHIEF JUDGE CHARLE S. COODY HAND.

CASE WAS BOUND OVER TO MONTGOMERY COUNTY
ATTORNEY GENERAL MARC BASS et,al HANDS

(2). THIS CASE NO. CC-99-169-M WAS [BOUNDED] OVER TO THE OFFICE AND HANDS OF THE STATE OF ALABAMA,MONTGOMERY COUNTY JURISDICTION OF THE MIDDLE DISTRICT OF ALABAMA IN THE HANDS OF ATTORNEY GENERAL OFFICERS MARC BASS et,al PURSUANT 42 USCS 1985(3) IN A CHAIN OF CUSTODY OF PLAINTIFF CONSPIRACY TO VIOLATE PLAINTIFF CIVIL RIGHTS,CONST, 4th, 5th,6th,8th,9th,13th,14th DUE PROCESS OF LAW

(3). THIS CASE IS NOT IN THE JURISDICTION OF CLARKE COUNTY CIRCUIT COURT,(a). UNTIL FUTHER NOTICES THE ALABAMA CRIMINAL COURT APPEALS /OR/ ALABAMA SUPREME COURT HAS REVERSED IT BACK TO CLARKE COUNTY JURISDICTION IN THE UNITED STATES SOUTHERN DISTRICT JURISDICTION

<u>RESIDES IN THE MIDDLE DISTRICT OF ALABAMA</u>

(4). ALL COURTS SUCH AS FOLLOWING, ALA.CRIMINAL COURT APPEALS (b). ALA.SUPREME COURT (c). UNITED STATES MIDDLE DISTRICT COURT ,AND STATE OF ALABAMA ATTORNEY GENERAL OFFICE AND OFFICERS, MARC BASS, TROY KING. AND MARC STARRETT RESIDES IN THE MIDDLE DISTRICT OF ALABAMA.

<u>ALL EVIDENCE IN ATTORNEY GENERAL OFFICE OF ALABAMA</u>

(5). ALL EVIDENCE TO THIS CASE CC-99-169-M AND CV-292-WKW WILL AND SHALL BE FOUND IN THE STATE OF ALABAMA ATTORNEY GENERAL OFFICE MARC BASS et,al PURSUANT 42 .USCS 1985(3) CHAIN OF CUSTODY

DEFENDANTS APPOINTED BY THE STATE IN MONTGOMERY COUNTY ALABAMA STATE <u>HOUSE SOUTH UNION STREET</u>

(6). ALL DEFENDANTS SUCH AS ROBERT KEAHEY,SPENCER WALKER, et,al was appointed by the STATE OF ALABAMA IN MONTGOMERY COUNTY ALABAMA IN THE UNITED STATES MIDDLE DISTRICT, BY THE OFFICE OF THE GOVERNOR,S AND ATTRONEY GENERAL OFFICE SOUTH UNION STREET.

(7). THE OFFICE OF THE ATTORNEY GENERAL OFFICER,AND ALABAMA CRIMINAL COURT APPEALS IS AIDING AND ABIDING THIS CASE IN THE MIDDLE DISTRICT OF ALABAMA WHICH GIVING THE U.S. CHIEF MAGISTRATE JUDGE CHARLES S. COODY JURISDICTION VENUE AND POWER TO GIVE JUDGMENT, DECISION,AND RULING, RELIEF TO PLAINTIFF.

(8). THE PLAINTIFF GIVES THE CHIEF MAGISTRATE JUDGE CHARLE S. COODY JURISDICTION UNDER PURSUANT 28. USCS 636 STATUTES PROCEDURE fcrp 636 STATUTES PROCEDURES

(9). THE PLAINTIFF CONSENT FOR THE MAGISTRATE JUDGE IN THE MIDDLE DISTRICT STATE OF ALABAMA TO EXCISE JURISDICTION.

### U.S. SOUTHERN DISTRICT USE UNFAIR PREJURNESS

(10). THE PLAINTIFF STATE THE FACTS UNDER AFFIDAVIT THAT THE U.S. SOUTHERN DISTRICT HAS BEEN USING UNFIAR PREJUICENESS AGAINST ALL CIVIL CASES UNDER 42 .USCS 1983 PRISONER,S COMPLAINTS.(a). THIS IS MY REASON FOR NOT FILING IN THE SOUTHERN DISTRICT COURT OF MOBILE ALABAMA

### VERY SERIOUS CASE

(11. PURSUANT  28.USCS 1915(g) AND PROCEED IN FORMA PAUPERIS THIS CV-292-WKW and CC-99-169-M IS VERY SERIOUSNESS TO BE HEARD IN THE MIDDLE DISTRICT OF ALABAMA,PURSUANT CLAIMS AND CIVIL RIGHTS VIOLATIONS. MOTION TO LEAVE AND AMEND EXCESSIVE FORCE, FLASE IMPRISONMENT, KIDNAPPING, MALICIOUS PROSECUTION, AND AIDING AND ABIDING TO KIDNAPPING BY THE ATTORNEY GENERAL OFFICERS  MARC BASS et,al
THE FACTS IN MARC BASS et,al HAND AND OFFICE

(a). THE PLAINTIFF STATES THAT BECAUSE MARC BASS et,al HAS CONSPIRED UNDRE 42 USCS 1985(3) DEFENDANTS HAS VIOLATED PLAINTIFF CIVIL RIGHTS CONST ,4th,5th,6th, 8th,9th,13th,14th,amend and due process of law

page# 3 of 3

## GENUNIE ISSUES

(12). THE PLAINTIFF HAS STATED GENUINE ISSUES ACCORDINGLY TO COURT FILES EXHIBITS RECORDS AND CHAIN OF CUSTODY AT THE STATE OF ALABAMA ATTORNEY GENERAL OFFICE,MONTGOMERY COUNTY UNITED STATES MIDDLE DISTRICT PURSUANT [FCRP] 56(e) and case law to support ANDERSON vs. LIBERTY LOBBY,INC. 477 US 242,91 L Ed 2d 202,106 S Ct 2505

## PRAYS FOR DE NOVO ON ALL CLAIMS

(13). THE PLAINTIFF PRAYS FOR A DE NOVO ON ALL CLAIMS AND ELIMINATE ONLY ONE CLAIM(A). PURSUANT ILLEGAL ARREST

## DEFENDANTS DOSE NOT STATE GENUINE ISSUES TO STOP DE NOVO TRIAL

(14). THE PLAINTIFF STATES DEFENDANTS et,al DOSE NOT STATE NO GENUNIE ISSUES UNDER CELOTEX CORP.v CATRETT,477 US 317 ,91 L Ed 2d 265,106 S Ct 2548 TO STOP DE NOVO TRIAL IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

## CERTIFICATION OF SERVICE

THE PLAINTIFF MARCUS TATE AIS# 180664 SWEARS THAT HE HAS SERVED THE DE NOVO OBJECTION UPON THE ATTORNEY GENERAL OFFICERS et,al MARC BASS 11 SOUTH UNION STREET MONTGOMERY ALABAMA 36130 and the SAME UPON THE U.S. MIDDLE DISTRICT COURT CLERK OFFICE AT P.O. BOX 711 MONTGOMERY ALABAMA 36101 DONE BY U.S. VISA MAIL PREPAID POST STAMPS HAND DELIEVERY BY THE POSTAL MASTER GENERAL
DAY __17__ MONTH APRIL 2007

_Marcus Tate_ 180664
MARCUS TATE AIS# 180664
3800 GK FOUNTAIN CORRECTIONAL
ATMORE ALABAMA 36503

STATE OF ALABAMA
   NOTARY PUBLIC

## AFFIDAVIT

I SWEAR I HAVE STATED FACTS FOR DE NOVO UNDER FCRP 56(e) AND I,AM OVER THE AGE 21 TO STAND TRIAL TO ALLEGES GENUINE ISSUES

_Marcus O. Tate_
MARCUS TATE

SWORN TO AND SUBSCRIBED BEFORE ME THIS DAY _17th_ MONTH APRIL 2007
NOTARY: _[signature]_                COMMISSION EXPIRES: _12-3-07_

PAGE# 4 of 4

